IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

In the Matter of )
)
)
)
)
Khaled S. Mujtabaa )
)
)
_____ )

# ORDER ALLOWING RESIGNATION IN LIEU OF DISCIPLINE

The Court having been advised that an Order of Suspension was filed in the Supreme Court of the State of Hawaii on June 14, 2014, suspending Khaled S. Mujtabaa from the practice of law for a period of one hundred eighty (180) days, effective 30 days after the entry of that order;

It appearing to the Court that Khaled S. Mujtabaa was admitted to practice before this Court on May 12, 1989; and

The Court having received and considered a letter from Khaled S. Mujtabaa filed on July 10, 2014 indicating his request to resign in lieu of discipline;

IT IS HEREBY ORDERED that Khaled S. Mujtabaa's request to resign in lieu of discipline from the bar of this Court is granted, effective thirty (30) days after entry of this order.

1

IT IS FURTHER ORDERED that Khaled S. Mujtabaa shall surrender to the Clerk of this Court his original certificate of admission to practice in this Court within ten (10) days after the filing of this Order.

Dated at Honolulu, Hawaii, 7/22/2014.

SUSAN OKI MOLLWAY
CHIEF UNITED STATES DISTRICT JUDGE

J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE

LESLIE E. KOBAYASHI
UNITED STATES DISTRICT JUDGE

DERRICK K. WATSON
UNITED STATES DISTRICT JUDGE